IN THE UNITED STATES DISTRICT COURT

*District of Columbia*

**FILED**

JAN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PETITION FOR WRIT OF HABEAS CORPUS
UNDER TITLE 28 U.S.C. § 2241

*Crevante' D. Thompson #26667016*
PETITIONER *F.C.I. Cumberland*

*p/o box 1000*
*Cumberland, Md (21501)*

Case: 1:08-cv-00157
Assigned To : Leon, Richard J.
Assign. Date : 1/25/2008
Description: Habeas Corpus-2255

(Full name under which you were convicted,
prison number, and full mailing address).

**VERSUS**

*Lisa. J. W. Hollingsworth,* WARDEN
RESPONDENT
*Chief Executive Officer, Trustee*
*14601 Burbridge Road SE*
*Cumberland Maryland (21502)*

(Name of Warden or other authorized person
having custody of Petitioner).

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.
ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

This petition concern:        (Check appropriate blank)

_____ a conviction

___✓___ a sentence

_____ jail or prison conditions

_____ prison discipline

_____ a parole problem

CAUTION: if you are attacking a sentence imposed
under a federal judgment, you must
first file a direct motion under 28
U.S.C. §2255 in the federal court which
entered the judgment.

- 1 -

_____ other State briefly: _____

_____

_____

Place of detention:

*H. C. I. Cumberland*

_____

_____

Have you filed previous petition(s) for habeas corpus, motion under Title 28 U.S.C. §2255 or any applications, petitions or motions with respect to this conviction?

_____ Yes      ✓   No

If your answer is "Yes", give the following information:

a. Name of Court:

_____

b. Nature of proceedings:

_____

c. Ground(s) raised:

_____

_____

_____

_____

d. Result:

_____

_____

e. Date of Result:

_____

f. Citation or number of any written opinion or order entered pursuant to each

such disposition:

_____

_____

If you did not file a motion under Section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

_____

_____

Are you presently represented by counsel? ____ Yes ✓ No

If so, name, address and phone number of counsel:

_____

_____

_____

Name and location of court which imposed sentence:

_____

_____

Offense or offenses for which sentence was imposed:

18. U.S.C. 924(c)(1)(A)(2) using, carrying, + possession of a firearm during a drug trafficking offense.

State upon which sentence was imposed and the terms of the sentence:

District of Columbia; 5 years incarceration followed by 60 months supervised release.

When was a finding of guilt made? (Check one).

✓ After a plea of guilty

_____ After a plea of not guilty

- 3 -

_____ After a plea of nolo contendere

If you were found guilty after a plea or not guilty, was that finding made by

_____ A jury

___✓___ A judge without a jury

Did you appeal from the judgement of conviction or the imposition of sentence?

_____ Yes          ___✓___ No

If you did appeal, give the following information for each appeal:

a. Name of Court: _____

b. Result: _____

c. Date of Result: _____

d. Citation or number of opinion: _____

e. Grounds raised:   (List each one).

_____

_____

_____

_____

_____

NOTE:  If you appealed more than once, attach an additional sheet of the same
       size, give all the information requested above in question 13, a through
       e. Do not write on the reverse of pages.

CAUTION:  If you fail to set forth all grounds in this petition, you may be
          barred from presenting additional grounds at a later date.

GROUND ONE:

_The penal statue was violated under section
924(c) Criminal Code and Rules, 18 U.S.C. § 371
3551, and 3553, 18 USC Crimes & Criminal Procedures § 924(c)_

Supporting FACTS: (tell your story BRIEFLY without citing cases or law. You are
                   CAUTIONED that you must state facts, not conclusions, in
                   support of your grounds. A rule of thumb to follow is who did
                   exactly what to violate your rights at what time or place.

- 4 -

The petitioners Constitutional rights as violated under penalties set forth under F.C.C.ER. which states a person shall be fined under this title, imprisonment not more than the penalty of less than 5 years or booth nothing about supervised release is mention under these statues. A penal statue is void for vagueness if it fails to define the criminal offense with sufficient definitiveness so that ordinary people can under stand what conduct is prohibitied, and vagueness challenges not implicity the 1st amendment most be examined in light of the facts of the case at hand. U.S. v Tafoya 376 F Supp 1257 (D.N.M. 2005)

**GROUND TWO:**

Double Jeopardy Clause was violated under 5th amendment rights; and Due Process.

**Supporting FACTS:**

The petitioners 5th amendment rights were violated under the "Double Jeopardy Clause" when he was sentence to multiple punishments for the same offense. Having Found that Congress intended to permit the imposition of consecutive sentences for a single conviction. North Carolina v Pearce 395 U.S. 711

**GROUND THREE:**

Under Federal Rules Criminal Procedure; Rule 11 was violated in Plea Agreement.

**Supporting FACTS:**

A district court failure to inform a defendant pleading guilty that his sentence will incorparate a term of supervised release, and its further failure to explain the significants of supervised release is error. U.S. v Throne 153 F.3d 130 (4th Cir 1998)

- 5 -

Does this petition concerns jail or prison conditions, prison discipline parole problem or other causes under Title 28 U.S.C. 2241, answer following:

Did you present the facts in relation to your present complaint in the inter prison grievance procedure?

_____ Yes     ✓ No

(1)   If your answer to "a" above is "yes", what was the results?

_____

_____

_____

(2)   If your answer to "a" above is "no", explain:

_This is not a BOP issue this matter has to be settled_
_in a court of law._

_____

Did you present your claim to the Bureau of Prisons or other federal agency(s) for administrative action?

_____ Yes     ✓ No

(1) If your answer is "yes", state the date such claim was submitted and what action, if any, has been taken.

_____

_____

_____

_____

(2) If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agencies concerning you.

STATEMENT OF CLAIM: State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. Attach extra pages of same size as this page if necessary. Do not write on reverse side.

_I was sentence to an enhanced punishment which is_
_unconstitution by law U.S. v Booker 125 CT 738. Supervised_

Release may be included as a part of a sentence, "if" such term is required by statue. There is no reference to supervised release in the Law Dictionaries and American Jurisprudence clarify this issue, but there are definitions of probation, parole, imprisonment, restraint of liberty. There is no definition of "Supervised Release", that's because it is under a different statue which it does not suppose to be tacked on to a sentence. The penalties in my case does not require supervised release, and the "statement of reason" does't state why I was enhanced.

**RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am sincerely asking the Honorable Courts to "vacated" the term of "Supervised Release", because it is unconstitutional under the separation of Powers Doctrine. Reference to the charging instrument, the indictment, and the charge office will verify these facts. Title 18 USC §3553 reference Title 28 §994 which also talks about recognizes sentences of fines, imprisonment or probation no supervised release, 18 USC 924(c) Crimes & Criminal Procedures states 18 USC §924 does not authorize Supervised Release, such release may netherless be imposed pursuant to 18 USCS 3583.

Signed this ___28___ day of ___December___, 20__07__
          **(Date)**              **(Month)**            **(Year)**


_Crevante Thompson_
**Signature of Petitioner**


**I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.**

Executed on: ___12-28-07___
               **(Date)**


_Crevante Thompson_
**Signature of Petitioner**


-8-

Attachment to Habeas Corpus to Support More Grounds & Supporting Facts".

Other Supporting Facts: for Grounds One

(1) Penalty defined as; punishment imposed on a wrongdoer, usually in the form of imprisonment or fine.

(2) Penal Statue defined as; a law that defines an offense and prescribes its corresponding fine, penalty or punishment.

(3) Penalties, 924 (C)(1)(A)(i)(2) Drug Trafficking under Federal Criminal Code & Rules are except to the extent that a greater minimum under guidelines is otherwise provided by this subsection or any other law, any person who during and in relation to any crime of violence or drug trafficking crime that provides for an enhanced punishment if committed by the use of a deadly weapon or device for which a person may be prosecuted in a court of the United States, uses or carries a firearm or who in futherance of any such crime. The sentence to a term of imprisonment for not less than 5 years.
    Shall be fined under this title, imprisoned not more than the penalty of less than 5 yrs or booth, nothing about Supervised Release is mentioned which makes it unconstitutional. see, U.S. v Booker, 125 S. Ct 738 (2005)   924(c), FCC & R.; 18 USC 841c CC & P.

08-157

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAN 2 5 2008

FILED

Supporting Facts: for Ground Two

(4) The Petitioner focus on Double Jeopardy and how Congress intended to authorize separate punishments for two crimes. This is so, because the "power to define criminal offenses and to prescribe punishment to be imposed upon those found guilty of them, resides wholly with the Congress". Ibid, As previously noted in Brown v Ohio, "when consecutive sentences imposed at a single criminal trail, the role of the Constitution guarantee is limited to assuring that the court does not exceeds its legislative authorization by imposing multiple punishments for the same offense." 432 U.S. at 165, 53 L Ed 2d 187, 97 S.Ct 2221

(5) Petitioner sees its important at the outset to recognize that different "same offense" tests apply depending on the particular context in which the "Double Jeopardy Plea" is asserted. Where the plea is against the imposition of cumulative sentences for multiple convictions obtained at a single criminal trail, double jeopardy's role is limited to assuring that the sentencing court does not exceeds its legislation authorization by imposing more than one punishment for something the legislature has defined as a single crime. see Gore v U.S. 357 U.S. 386, 78 S.Ct. 1280 (1958)

Pg 2

(6) The Petitioner argues the Double Jeopardy Claus because it violates his 5th amendment rights of the Constitution of the United States, and the Constitution precludes the imposition of such punishment. While the Clause itself simply states that no person subject for the same offense to be twice put in jeopardy of life or limb, the decisional law in the area is a vertiable Sargasso Sea which could not fail to challenge the most intrepid judicial navigator. It has been previously stated that the "Double Jeopardy Clause" protest against a second prosecution for the same offense after conviction, and it protest against multiple punishment for the same offense see North Carolina v Pearce 395 U.S. 711, 89 SCT 2076 (1969)

(7) A "liberty interest" is an interest that is protected by the Due Process Clause of certain amendments which cannot be arbitrarily denied without due process." U.S.C.A Const Amend 14. Gilmer v State 398 Md 658, 887 A. 2d 549 (2005)

Supporting Facts: for Ground Three

(8) When Petitioner signed a written plea agreement the government agreed that at sentencing it would recommend a sentence within the advisory

Pg 3

guideline line range as to the single count in the indictment." Which defendant was not in possession of a copy of the plea agreement to have understood the "Stipulated Facts" in the agreement

(9) The plea agreement is argued in this case, because according to defendant's understanding was that in exchange for a guilty plea to a single count in indictment the remaining counts would be dismissed, and he would be sentence to one punishment. which was according to the guidelines. Petitioner total offense level (NA) Criminal history score II and original guideline range 5 months and 3 to 5 yrs supervised release was exceeded by the agreement. and did not call for the court to impose a greater than necessary sentence under (3553),(3551).

(10) (1) District Court violated rule specifying advice to be given a defendant pleading guilty when court failed to inform defendant of his supervised release term and the nature of supervised release, and the error was not harmless, and (2) appropriate remedy was to permit defendant to withdraw guilty plea and plead anew.

Pg 4   (11) In determining whether district court's failure to comply

with the dictates of the rule specifying advice to be given a defendant pleading guilty affected the defendants substantial rights, the appelate courts will consider (1) what the defendant knows, based on "affirmative indication in the records, at the time of "sentencing" he pleads guilty, (2) what information would have been added to the defendants knowlegde by compliance with the rule, and (3) how the additional or corrected information would likely have affected the defendants decision.

(12) If a review of the record indicates that the district courts failure to comply with dictates of the rule specifying advice to be given a defendant pleading guilty, and impaired his ability to evaluate with eyes open the direct attendant risk of accepting criminal responsibility, and the nature of another term after imprisonment then substantial rights were violated.

(13) District court violated the rule specifying advice to be given a defendant pleading guilty when the court failed to inform defendant of his supervised release term and the "nature of supervised release"; while defendant may have known that he was subject to 3 to 5 years of supervised release, because his plea

Pg 5

agreement may have contained notice of it," he did not know the nature of supervised release or the consequences attendant on its violation. Rule 11

(14) District courts' failure to inform defendant pleading guilty of his supervised release term and the nature of supervised release was not harmless ERROR; guideline for defendant was 5 yrs, and he understood he could receive 60 months was more than original sentence of 5 months before superseding indictment (5 years plus 60 months of supervised release, and the event he violates supervised release, he would be subject to a further 5 years of incarceration, resulting in an even greater disparity. Option of remanding for the imposition of a sentence that would not exceed the guideline range for defendant was told he could receive during guilty plea colloquy was unavialable, and thus appropriate remedy for District courts failure to inform defendant of his supervised release was to permitt defendant to withdraw his guilty plea and plead anew; defendant would have to be sentence below the applicable guideline range to bring his sentence to the term stated during plea colloquy. U.S. v THRONE 153 F3d 130 (4th Cir 1998)

Supporting Facts: for Ground Four

(15) The Petitioner argues his Multiple/Aggragated Sentence, because any sentence imposed to run Consecutively followed by another for the same offense is a multiple sentence which is unconstitutional by the way of Congress.

(16) When the defendant plead guilty to a single Count in the indictment, and the others were dismissed on behalf of the government the defendant plea should be with the guideline range as one sentence term.

Supporting Facts for Ground Five

(17) Any inquiry into the proper interpretation of a Constitution provision must begin with an examination of that provision Explicit language Zingale v F.L. 880 So 2d 602 (FIA 2004).

(18) Those who invoke doctrine of "constitutional doubt" to resolve question of statutory interpretation must believe that the alternative is a serious likelehood that that will be held unconstitutional. Almendarez-Torres v US 118 S.Ct 1219, 140 L Ed 2d 350 (U.S. 1998)

B 7  (19) Statue which does not involve 1st amendment

freedoms must be examined in light of the facts of the case at hand, when facing a facial constitutionality challenge." U.S. CA, Contractors Siginan Valley Area Chapter v Services, 267 Mich. App. 386, 705 N.W. 2d 509 (2005)

(20) Under the United States Sentencing Commission 3583a States the court in imposing a sentence to a term of imprisonment for felony or misd," may include as a part of the Sentence" that defendant be placed on a term of of supervised release, except that the court shall include as a part of the sentence a requirement that defendant be placed on a term of supervised release if such a term is required by statue, then refers you to 3561(b) probation term. see Federal Guideline Sentencing Manual (2006). see U.S. v Batista S.D. N.Y 2003

(21) "Inclusion" is defined as, the act of including, or state of being included, included as part of a component of a whole.

(22) Where a statue are challenge on the grounds that they are unconstitutional as applied to a particular set of facts, the party making such a challenge bears the burden of proof presenting clear and convincing evidence of a presently existing set of facts

that makes the statue unconstitutional and void when applied to those facts. Harrald v Collier, 107 ohio St 3d 44, 2005-ohio-5534, 836 N.E. 2d 1165.

(23) Any party challenging the constitutionality of a law bears burden of proving that the law is unconstitutional beyond a reasonable doubt. see Buckley v Wilkins, 105 Ohio St 3d 350, 2005-ohio 2166, 826 N.E 2d 811 (2005)

(24) Congress may not commander the legislation process of the states by directing and compelling them to enact and enforce. U.S. v Milstein, 401 F3d 53 (2d Cir 2005)

(25) The enforcement clause of the 14th amendment states that Congress may enforce, by "appropriate legislation" the constitutional guarantee that no one or state should. deprived any person of life, liberty or property without due process of law, Nor deny any person equal protection of the laws. "see U.S.C.A. Amend 14 L ed 2d 658, 144 Ed Law Rep 28 (U.S. 2000).

26  The Framers of the Constitution Crafted the federal system of government so that the peoples right would be secured by the division of power. see U.S. v Morrison, 120 S. Ct. 1740, 146 L ed 2d 658, 144 Ed Law Rep. 28 (U.S. 2000).

(27) The broad legislation powers granted to Congress by Article I are limited not only by the scope of the framer affirmative delegation, but also by the principle that may not exercised in a way that violates other specific provisions of the Constitution. see U.S.C.A CONST. ART I §1 et seq Saenz v Roe 119 SCT 1518, 143 L Ed 2d 689 (U.S. 1999)

(28) It was well settled that Federal Judges has already dealt with the situation whether a judge can delegate his authority to probation officials to set the full term of drug testing. see U.S. v Mendendez-Santana, 353 F. 3d 93 also U.S. v Lewandowski 372 F3d 470 (2004)

(29) To determine appropriate remedy for constitutional flaw in statue, Court, after finding that an application or portion of statue is unconstitutional, must next inquire whether the legislation would have preferred what is left of statue to no statue at all. see Ayote v Planned Parenthood of Northern England 126 SCT 961, L Ed 2d 812 (U.S. 2006)

(30) It is the responsibility of the Supreme Court not Congress, to define the substance of the constitution guarantees. see Board of Trustee of University of Alabama v Garrett, 531 U.S. 356, 121 S. CT 995, 148 L Ed 2d 866, 151 Ed Law Rep 35 (2001)

Ground Four:

Multiple Sentence Statue Unconstitutional

Supporting Facts:

The petitioner was sentence to 5 years on count 2 with a consecutive term of 60 months Supervised Release on the same count. Any sentence imposed to run consecutive following another for the same offense is a multiple sentence which is unconstitutional by the way of Congress. U.S. v Estrada 680 F Supp 1312-32; State v Small 162 ohio App 3d 375  2005-ohio-3813, 833 N.E 2d 774

Ground Five:

The "inclusion" of a term of supervised release is an unconstitutional sentence; or if require by statue suppose to be added as part of a sentence

Supporting Facts.

Supervised Release is not an authorize sentence. Supervised Release is a separate type of restraint of liberty, a different kind of punishment  Title 18 USC 3551& 3553  imposition of sentence, 3554 Order of Criminal forefeitures, (a separate action under criminal rules) 3555 Order of Notice to Victims, 3556 order of restitution, None of which authorize "Supervised release".  Reference to 18 USC § 3663(b) 3583 9(b). See how 3663 deals with conditions of probation. Title 18 § 3583 states; inclusion of a term of supervised release may be included as a part of a sentence, and that a requirement that a defendant be placed on a term of supervised release "IE" such a term is

Pg 11

required by statue.

Similar terms under Element offenses & sentence enhancement used in 18 USC⁵ 924c later amended )— which provides that anyone who use or carries firearm during relation to a crime be sentence to 5yrs.

18 USC 924(c) does not clearly manifest intention to punish defendant twice for continous possession of firearm in futherance of simultaneous predicate offense consisting of virtually same conduct; the same conduct amounts to single unit of prosecution. U.S. v Wallace 447 F3d 184 (2006)

Petitioners due process rights were violated with regard to his acceptance of his 924(c) guilty plea, because he did not clearly understand all of elements of offense at the time of plea; if he was pleading guilty to poss. of cocaine with intent to distribute or simple poss. marijuana was critical with regard to 18 USC 924(c), and to prove violation of statue, without prior controlled substance conviction. U.S. v Bradley 381 F3d 641 (2004)

Now if you read the entire 18 USCS Crimes & Criminal Procedures starting at section 924(c) NO where in that supplement do you see supervised release.

Pg 18

Supporting Facts: for Ground Six

Ground Six: Separation of Power Voids all judgements

(31) The separation of powers doctrine limits the authority of one of the three branches of government to aggregate to itself the core function on another branch. see West's Ann Cal Const Art 3 §3 Brickton v Department of Motor Vehicles 140 Cal App 4th 427, 44 Cal. Rptr 48 (4th Dist 2006)

(32) The "separation of power doctrine" encompasses two fundamental prohibitions: (1) no branch may encroach upon the power of another, and (2) no branch may delegate to another branch its constitutionally assigned powers. see West's F.S.A. Const Art 2 §3 Bush v Schiavi 855 So. 2d 321 (Fla 2004) 125 S. Ct 1086, 160 L ed 2d 1069 (U.S. 2005)

(33) Principle of separation of power is embedded in the constitution framework of State government. Ohio Const Art 2 §32 State ex rel Ohio Academy of Trail Lawyers v Sheward. 86 Ohio st 3d 451, 715 N.E 2d 1062 (1999)

(34) Federal Sentencing Guidelines, as modified by PROTECT Act provision violated Separation of Powers Doctrine by effectively uniting powers to prosecute and power to sentence within executive branch; Amendment gave executive branch control over Sentencing Commission by eliminating Requirements that at least 3 of 7 judges exacerbated by other elements of the law, eliminating

Pg 13

and shifting control from courts authority to do there job. see U.S. v Detariler 338 F Supp 2d 1166 (D. oe 200

(35) The separation of power doctrine is implicity embedded in the entire framework of those sections of the state constitution that define the substance and scope of power granted to the three branches of state government. see Const. Art 2 § 1; Art 3 § 5, Art 4 § 1, Norwood v Hoerney, 110 ohio st 3d 353, 2006-ohio-3799, 853 N.E 2d 1115 (2006).

"Conclusion"

The Hebeas Corpus is the sole source of remedy to attack a direct procedure of this magnitude or for a federal prisoner who sought a complete correction of a unconstitutional sentence which was not part of the penalties set forth in the statue. see American Jurisprudence, Law Dictionary, Federal Civil Rule 8 & 9 will show this conclusively.

Sincerly & Respectfully
Submitted
Crevante Thompson

Pg 14

DATE: _____          MEMORANDUM OF RECORD

```
                                 §
                                 §
              :                  §              ss.
                                 §
The United: States of America    §
```

## AFFIDAVIT

[1]  I _Crevante D Thompson_    , herein after Undersigned, being
of majority in age, competent to testify, having first hand knowledge
of the below.  First being duly sworn, state the below is true
and correct, not intended to mislead as stated under the pains
and penalties of perjury according to law.


[2]  Undersinged is an American, never having waived legal protection
promised by any State or the United States in their Constitutions;
never having waived any legal right guaranteed by any public
trust office or officer; never having consented to by subject
to illegal practices or acts by any public office or officer.


[3]  Undersigned accepts the promise by the United States to
provide redress of grievance against the government under all
rights reserved, via its Courts, for the providing of legal proceedings
to test the legality of Undersigneds imprisonment.  Further,
the promise by each and every public trust official to act in
accordance with the fundamental law at all times, and to prove
they did so in all their acts related or attaching to Undersigned
is accepted.


page one

**DATE:** _____    **MEMORANDUM OF RECORD**

[4]   Undersigned was denied the legal protections guaranteed
by the United States in its act of sentencing to imprisonment,
same being a matter of record constructed by the very same actors
who denied the mandatory legal rights stated in The Federal Const-
itution with its Bill of Rights.  Undersigned proceeds under
Order by The United States Supreme Courts January 12, 2005, statement
that illegal sentencing practices barred by the Article I Section
Nine, Clause 2 is valid and binding on all agents of The Federal
Corporation, The United States.

[5]   Undersigned is imprisoned on illegal attachment order and
has been offered no corrective action by those executing the
illegal order.

[6]   Undersigned is denied legal rights accorded to all those
who are subjected, with or without consent, to United States
powers and relies upon its good faith offer to correct its known
errors immediately upon demand to do so, same attached and fully
incorporated herewith under The Clean Hands Doctrin established
by The United States own published promise to preform, a bond
known to be present before all the world.

[7]   Undersigned believes, upon sources of integrity, that The
United States or its agents or instrumentalities  has recieved
a profit or benefit from the imprisonment of Undersigned.  Receipt
of profit or benefit for holding Undersigned to illegal detention
is an overt act of servitude, which means Undersigned is held

DATE: _____    MEMORANDUM OF RECORD

to involuntary servitude, same illuminated in the fully incorporated

process herewith.


Done this 9th day of JAN, 2008, A.D.


_____    Arevante Thompson _____

DATE: _____

County                              )
The State of DISTRICT OF Columbia)        L.s. _____
The United States of America    )

## AFFIDAVIT

I, _Darin M. Short II_ , next friend, have read the points in the petition and believe they are valid and verified by United States Public Statements. Therefore, I believe that the United States must Order release of _Crevante D Thompson_.

I state under penalty of perjury that the foregoing is true and correct; 24 USC § 1746.

Executed this _9th_ day of _JANUARY_ 2008.

_____
Respectfully,

County of _WASHINGTON D.C._     §
State of _DISTRICT OF Columbia_  §
The United States               §

### Individual Acknowledgement

In _WASHINGTON, D.C_, in said County and State, on this _9th_ day of _JAN.,_ AD. 2008, before me personally appeared _Crevante Thompson_, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

08-157
FILED
JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WITNESS: _____

DATE: _____                    MEMORANDUM OF RECORD
                                          In accordance with FRCVP
                                          Rule 44 & F.R.E. 902


County WASHiNGTON, D.C.              §

The DiSTRiCT oF ColumbiA            §        ss.

The United States of America        §


CREVANTE D. THOMPSON, The Petitioner above named, being first duly sworn, on oath says that he has read the foregoing petition by him subscribed, and knows the contents thereof, and that the same is true of his own knowledge, except as to the matters and things therein stated upon information and belief, and as to the matters he believes to be true.


County of DiSTRiCT oF Columbia
State of WASHiNGTON                  §
The United States                   §        _Crevante Thompson_

                Individual Acknowledgement

In DiSTRiCT oF Columbia in said County and State, on this 9th day of JAN., A.D. 2008 before me personally appeared
              , to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

WITNESS: _____
Notarial Seal                              _____
                                           Notary Public

DATE: _____

MEMORANDUM OF RECORD
In accordance with FRCVP
Rule 44 & F.R.E. 902

The United States District Court
DISTRICT OF Columbia


CREVANTE D. THOMPSON
Petitioner/ Applicant
by next friend,


vs.

LISA J.W. HOLLINGSWORTH
Respondents/ Trustees

Case No.
(To be assigned by Clerk)


MEMORANDUM IN SUPPORT OF HABEAS CORPUS,

ORDER FOR IMMEDIATE RELEASE FROM IMPRISONMENT

AND JUDICIAL REVIEW OF ADMINISTRATIVE RECORD

[1] Crevante Thompson          , an aggrieved party, having exercised
due diligence to avail himself of administrative remedies, applies
to this Court for judicial inquiry into void order causing imprisonment,
and order releasing him with no impairments to his liberty.


[2] The attached paper, "Order in a Criminal Case" is void on
its face, a nullity, of no legal effect. Supreme Court allegedly
fixed the paper in law. District Court had no judicial
authority to sign the paper rendering it a nullity, utterly void
and an unenforceable. The record was constructed under violation
of law, the Fifth and Sixth Amendments to the United States Constitution,
without compliance with due process clauses of the Fifth Amendment,

DATE:

and jury findings by the Sixth Amendment upon sentence or enhancements

*unCONSTiTuTiONal* acts are void divesting the Court of jurisdiction.

ARGUMENTS AND AUTHORITIES:

[3]  Void judgements are those rendered by a court which lacked jurisdiction, either of the subject matter of the parties; Milliken v Meyer, 311 US 457. A void judgement which includes judgement entered by a court which lacks jurisdiction over the parties or subject matter, or lacks inherent power to enter the particular judgement, or an order procured by fraud can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court, Long v Shorebank Development, 182 F3d 548. See also Lubben v Selective Service System Local Bd No. 27, 453 F2d 645, 14 ALR Fed 298; As otherwise entered in violation of due process law, must be set aside, Jaffe and Asher v Van Brunt, F.R.D. 278. Substantive due process referred to certain actions that the government may not engage in, no matter how many procedural safeguards it employs. Rochin v California, 342 US 165; Blaylock v Schwinden, 856 F2d 107 (9th Circuit 1988). Judgement is a void judgement if the court that rendered it lacked jurisdiction of subject matter, of parties, or acted in a manner inconsistent with due process; Klugh v US, 620 Fed Supp 892. See also Rule 60(b) Civil Federal Rules, USCA Five. When rule providing from void judgements is applicable, relief is not a

DATE: _____          <u>MEMORANDUM OF RECORD</u>
                                        In accordance with FRCVP
                                        Rule 44 & F.R.E. 902

discretionary matter, but is mandatory, <u>Orener v Shalala</u>, 30

F3d 1307.


[4]  The judgement Order in a Criminal Case, by its Statement

of Reasons, proves beyond all doubt, by the preponderance of

its own statement, evidence conclusive in nature  that the Order

causing the applicants imprisonment is issued under violation

of the Sixth Amendment jury provisions causing a blatant denial

of all processes due, Fifth Amendment violation resulting from

a Bill of Pains and Penalties based on Article 1 as follows.

On January 12, 2005 the Supreme Court uncondidtionally admitted

that the Sixth Amendment is violated when an enhanced sentence

is based upon the judges determination of fact other than prior

conviction that is found by the jury nor admitted by defendant.

This easily understood statement, a clear restatement of basic

law stating fundamental principals, a basic truth, that the Sixth

Amendment forms a binding intergal section of the substantive

law that is to be administered through the Courts of the United

States. Further, the High Courts statement confirms the following

syllogism:

        (1) The Sixth Amendment, through the jury findings due the

defendant in a criminal prosecution, is guaranteed by its own

self executing mandate which is supported by the Fifth Amendment;

        (2) The Sixth Amendment being valid at present by inference

states that all other Amendments contained in the Bill of Rights,

DATE:

MEMORANDUM OF RECORD
In accordance with FRCVP
Rule 44 & F.R.E. 902

as all other delimiting clauses of the Constitution, are valid
today as there were in 1791 when executed as public international
law, for positive restraints delimiting gobernment actions;

(3) Any action by the United States past or present, taken
by a sentencing court that trespasses upon the Sixth Amendment,
denies fundamental fairness in judicial administration, contravening
due process, whereby the District Court forfeits its jurisdiction.
The High Court in answering the question before it on No. 04-104,
04-105, " Whether the Sixth Amendment is violated by the imposition
of an enhanced sentence under the United States Sentencing Guidelines
based on the sentencing judges determination of a fact other
than a prior conviction that was not found by the jury nor admitted
by the defendant". Petition for Centeriori; In No. 04-105, 04-105,
p.I, in the affirmative admits violation of fundamental law for
the whole United States, its agents and instrumentalities.

[5]  The mandatory Conversion from criminal standards, beyond
a reasonable doubt, to civil standards, a preponderance of evidence
same excised mandatory guidelines, proves conclusively as a matter
of District Court certified record that, Congress usurped and
obstructed proper judicial administration, thus preventing application
of powers delimiting governmental acts. The District Courts judgement
upon criminal charges with sentencing attaching defendant is
invalid, void, a Bill of Pains and Penalties.

4 of

DATE: _____                    **MEMORANDUM OF RECORD**

In accordance with FRCvP
Rule 44 & F.R.E. 902 **FILED**

JAN 2 5 2008

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States of America        §

The DISTRICT COURT                  §        ss.

The DISTRICT OF Columbia            §

In the United States District Court,

For the DISTRICT OF Columbia

**Case No:**

CREVANTE D THOMPSON
Petitioner

Case: 1:08-cv-00157
Assigned To : Leon, Richard J.
Assign. Date : 1/25/2008
Description: Habeas Corpus-2255

                                      §        Motion in Support of
                                               Issuance of Supoena
                                               Duces Tecum.
vs.

LISA J.W. Hollingsworth d.b.a.        §

   Custodian/ Trustee                 §

   Respondant                         §

   Superiors, with Supervised         §

   Persons.                           §

Motion in Support of Issuance of
Supoena Duces Tecum

[1]   Your Petitioner CREVANTE D, THOMPSON moves the Court for
issuance of Supoena Duces Tecum in conjunction with Petition for

2

DATE: _____     <u>MEMORANDUM OF RECORD</u>
                                   In accordance with FRCVP
                                   Rule 44 & F.R.E. 902

Writ of Habeus Corpus, in order that both the Court and the
Petitioner may have possession of the cause of his detention.

### Statement in Support

[2]  Your Petitioner as an incarcerated individual is denied access
to documents relied on by respondant which expose the true cause of
detention. This denial under administration of sentence, by both
the sentencing Court and those executing sentence, deprive your
Petitioner of the right to know all the causes against him. This
denial also impacts the manner in which the sentence is executed,
placing your Petitioner for subjection to secret statements that
effect the manner in which he is treated by his warders. Same
deprives your Petitioner of the legal right to know and opportunity
to respond to facts applied against him. Notice and opportunity to
respond, basic due process of law, is meaningless absent full
complete disclosure of <u>all</u> facts and law applied to him.

[3]  Your Petitioner claims the legal right guaranteed by operation
of law. There is no legal mechanism of which your Petitioner is
aware that could deny the right to know. Violation of such a basic
principal of substantive procedure work a prejudice against the
Petitioner. This Court being called upon under its offer to provide
remedy must order disclosure of all the materials listed in his
Supoena Duces Tecum. To do less is unfair, unjust and impeaches
the integrity of the Courts in the the public perceptions of its
actions.

2 of 3

DATE _____                    **MEMORDUM OF RECORD**

                                                  In accordance with FRCVP
                                                  Rule 44 & F.R.E. 902


[4]  <u>Wherefore</u>: good cause being shown above and in related fully

incorporated documents herewith, the order for production of cited

documents should issue as a matter of law.


Done this *9th* day of *JAN.*, 2008 A.D.


_____                    *Arevante Thorpe*

# In The United States District Court
DISTRICT OF Columbia

CREVANTE D YTHOMPSON Applicant / Petitioner
            Vs

Case Number: _____

LISA J.W. Hollingsworth

**MEMORANDUM IN SUPPORT OF HEBEAS CORPUS**

Respondent Custodians

1

Applicant presents Memorandum in support of writ of Habeas Corpus application under the less stringent standards accorded a layman at law.

2

Memorandum is a statement of principals drawn from United states law upon which applicant relies, same binding as promised performance, a benefit due this applicant, an entitlement to equal protection of the law under administration of justice procedures.

3

Applicant is currently housed at FCI CUMBERLAND ; and is without legal files and documents which may be received soon. This application is presented with out documents in support under belief that they are readily obtainable through respondents. Further the issues are clear which should cause the Court to move on its own.

4

Applicant moves under trust resulting from the act of imprisonment or any restraint on liberty where in Custodian is trustee over the 'res' attached. Trustee's must be able to prove each and every of their acts valid, in accord with law. This application is a direct attack on powers claimed by custodians. This action being civil in nature sets Applicant as Plaintiff where by custodians must answer with proof of facts, proof of law to support their acts and or omissions. Failure to answer with said proofs would cause by operation the plaintiff to prevail and be released from imprisonment and all restraints of liberty of any type.

4.1

This Court having venue over petitioner, jurisdiction over the subject matter, under its power to administer justice must move quickly to settle the controversy raised. The integrity of the legal system rests on its fair application of statements under the procedures offered by the courts.

08-157

JAN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Application seeks fair and just application on the words of Congress which limit the type of sentences available to the United States which entitles Applicant to review of respondents administration of sentence.

5

January 12, 2005. Case Number 04-104, 04-105. The Supreme Court of the United States declared the United States Sentencing Guidelines invalid for constitutional reasons. This statement shows the High Court will provide benefit of the law for those who plead properly and stick with their rights under law. This "<u>Booker</u>" decision is only a small part of the issue effecting Supervised Released.

6

The Supreme Courts statements were limited to Fifth and Sixth Amendment issues. Yet, the balance of the Federal Constitution was not plead, nor relied upon the "Booker" decision, but does impact Supervised Released. The Judicial Branch is only one part of the United States Government. The government is constructed of there Separate Branches; Judicial, Legislative and Executive. The government is a whole, and each branch receives its exclusive authority under the United States Constitution by separate sections. Included in the grant of power are delimitations, absolute limits on the exercise of power.

7

One of the most important limits laid out in the Federal Constitution is separation of power. In other words, no branch singly or collectively may encroach on another branch's power. The courts are to declare the law. Courts hold no power to make law or execute law. Those functions are exclusive to Legislature, making law, and executing Law or Process is Executive. Further, the legislative branch, in making law as absolutely barred from removing judicial powers through the laws it promulgates. Just as the executive branch, USDOJ, and all its pieces are barred absolutely from issuing judicial orders, the judicial is barred from acting on its own orders which must be executed exclusively by the executive.

8

Now we come to the crux of the issue. The Pre-Sentence Report is prepared by the United States Probation Officer, a division of the Court. Probation is a sentence served under court conditions without imprisonment, under supervision of a probation officer.

9

Probation is a sentence in and of itself. Parole, in criminal law, is a condition or conditional release from imprisonment executed outside prison if all the terms and conditions with the person released satisfactorily complying with the conditions. Prison sentence of ten years may be served in any manner set by law.

10

As seen above, there are two distinctly different kinds of punishment. Supervised relase is not listed in the law dictionaries as are probation and parole. This fact by itself tells us it's a different kind of sentence.

11

Double Jeopardy is banned by the Fifth Amendment. "No person... shall... be subject for the same offense to be twice put in jeopardy of life and limb." This attached only after the jury has been sworn or after judged in a jury trial or plea. receives the first piece of evidence. Trial in this instance is the sentencing. The key is to understand that a sentencing hearing is a trial. The defendant is mandatorily provided with the opportunity to proved evidence, legal cause why the sentencing of conviction should not be pronounced upon the verdict, or plea, of conviction. This

is the common law rule of decision. Federal Criminal Rule 32 provides this under federal sentencing practice. This modern practice in lieu of common law right, asks the defendant why the sentence ought not be imposed, for the st6atement that he would like to make on his own behalf, in mitigation of punishment, the current federal practice is mandatory. The Judge must personally address the defendant otherwise the sentence is voidable.

12

The key here is to understand that the conviction was obtained under a charge carrying a specific penalty. The offense conduct and penalty must be stated by the charging statute in order for them to be valid. The finding of guilt by jury or a pleas to the charges is absolutely limited to the charged factors. Ninety Nine point Nine percent of criminal code violations list a penalty of fine or imprisonment. And sometimes fine and/or imprisonment. There are no statutes regarding supervised release as a form of punishment. This is simply because it is a second kind of punishment. Punishment is the sanction imposed on a person because the person has been found to have committed some act. This includes fines, imprisonment, loss of rights and privileges and a hose of other really nasty physical battery that most maturing societies have banned as cruelty. Cruel and unusual punishment is barred absolutely by the Eighth Amendment to the United States Constitution as unreasonable.

13

Restraint of liberty is a limitation, particularly confinement in this context. Unlawful restraint is the act restraining a person's freedom of movement without the right or the authority to do so.

14

Liberty is the freedom from all restraints except as are justly imposed by law. This basic right guaranteed by the Constitution of the United states which contemplates not only an absemce of physical restraint, but personal freedom encompassing every form of individual prerogative that is not taken away by valid law enacted for the common good.

15

The foundation of this action is simple logic applied to the fact that supervised released is attached after a conviction, carrying punishment defined and limited by statute. The charging statute or code carries one set of penalties. When the rules change to another statute, the USSG, Sentencing guidelines, this change from criminal statute to civil statute sets the stage for Habeas Corpus application to test the legality of the new kind of sentence added to the punishment after the offense conduct has been found.

16

At this point, the sentencing trial, a person is subjected to new sentencing statutes or public laws. Charges under the criminal charge, another under the sentencing accusation, a separate set of statutes, assessments, on the coqduct founding the whole claim against a person. Double Jeopardy, as defined above and below is obvious to any layman at law and is known or should be known by the officers of the law, who thereby have a higher duty to the law. These duties are a public trust for equal, fair and just administration of power assigned by law. The highest law officers voluntarily serve is the United States Constitution, as amended.

17

The issue in the charging of an aggregated sentence an supervised release it is a fact that the court's agent, the Probation Office, makes the charge founding supervised release. This double penalty has been set by Congress. Congress is barred by Article One Section Nine of the Constitution, from transgressing on judicial function and discretion. The Separation of Powers principle, a fundamental construction under the Constitutional the United States, allows

legislative power to make the law, exclusive power to the executive to administer it, and exclusive power to the judicial to enforce it. This fundamental principals bars absolutely, the encroachment by Legislative on Judicial. In other words, Congress may not, under any circumstance, limit or expand a sentence to be determined by the Judicial. Further, Congress, in particular and the United States in general, inclusive of its instruments, agents, assigns, employees, servants and attorneys is absolutely barred from causing a person to be subject to two sentences under different sections of law, on claims by different branches. Such law, if promulgated by Congress, is void for violations of the Constitution. The Supreme Court in its plenary power over federal law issues has declared the USSG being mandatory is unconstitutional, a violation of the Fifth and Sixth Amendments, void from the beginning, conferring no powers, establishing no rights. It matters not who disagrees, the Constitution controls.

18

The issue is clear. If one part of law, making mandatory the will of Congress over the judicial, is void other such incorporated provisions are also unconstitutional. PL 98-473 deleted prior law or sentencing. The October 12, 1984, 98 Stat 1728, effective November 1, 1987, repealed prior sentencing law which contained parole provisions. This means the new law, now declared unconstitutional is, replaced by the old law. Constitutional construction states that under these circumstances, the law replaced is considered in effect at the moment the replacing law in invalidated.

19

In the context of this application for deliverance from supervised release, the facts are stated in the United States Code representing the public and the law has been stated by the Supreme Court.

    a]     PL 98-473 as amended is void in all of its mandatory provisions requiring the court of the United States to act under control of the Congress.

    b]     Parole under the replaced laws went into force the moment the Supreme Court declared the USSG unconstitutional, January 12, 2005.

20

These facts are related to this application on the grounds that both the replaced law an the USSG rely on the same provision for type of sentences available to the court. Sentences are limited to terms of probation, fines or imprisonment. There is no authority under criminal charges for a sentence to supervised release. It is a fact that supervised released is brought before the court by an act of Congress via Pre-Sentence Report claims first presented by the Judicial branch, a violation of the separation of powers doctrine.

    a)     Title 18 U.S.C 1987 edition, Chapter 227. Subchapter A-General Provisions, Section 3551 at (b) "Individuals." Individual found guilty (either by plea or trial) of an offense shall be sentenced in accordance with the provisions of Section 3553, to –

           (1)     a term of probation...;

           (2)     a fine...;

           (3)     a term of imprisonment...

                A sentence to pay a fine may be imposed in addition to any other sentence. Sentence authorized by Section 3554, 3555, 3556 may be imposed in addition to the sentence required by this subsection.

21

Section 3553, Imposition of a sentence, 3554 Order of criminal forfeits; 3555. Order of notice to

victims; 3556 Order of restitution, <u>do not authorize a sentence to supervised release</u>. Section 3553 references Title 994, Duties of the Commission, which at (a), (1) et. Seg. Reference the Guidelines. The (a) (1) Section reference <u>only</u> to sentence of probation, fine or imprisonment. For the first time in the statutes at 28 U.S.G. 94 (a) (2), (b) are the conditions of supervised release mentioned, same referencing 18 U.S.C. 3563 (a) and 3583 (b), Section 3563 Conditions of Probation <u>does not</u> reference supervised release. Section 3583 is key, <u>Inclusion</u> of a term of <u>Supervised Release after imprisonment</u>, for the first time the illegal supervised release is presented as a Code provision.

     a)     3583 (a) In general- The court, in imposing a sentence to a term of imprisonment for a felony or a misdemeanor; <u>"may"</u> <u>include as part of the sentence</u> a requirement that the defendant be placed on a term of supervised release if such a term is required by statute;

     b)     AND, AT 3583, c) Factors considered in <u>including of supervised release</u>. The court is to comply with the factors at 3583 (a) (1), (a) (2) (d), (A) (4), (A) (5),and (a) (6);

     c)     and, returning to Section 3553 Imposition of a sentence no reference to supervised release is disclosed, merely reference to the Guidelines. (emphasis added).

22

The United States Sentencing Guidelines as promulgated by the United States Congress, purposes to establish sentencing policies and practices, assure meeting of the purposes of sentencing set forth in 18 U.S.C. 3553 (a) (2), provide certainty and fairness in meeting the purposes of sentencing, avoiding unwarranted sentencing disparities. The sentence imposed is to:

     a)     reflect the seriousness of the offense....., promote respect for the law, and to provide just punishment of the offense;

     b)     ...deference to criminal conduct;

     c)     protect the public...:

     d)     to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment...

Again note, there is no reference to supervised release. Again controlling section 18. U.S.C. 3551, Authorized Sentences <u>does not</u> authorize a sentence to supervised release in any fashion.

23

It is clear from full reading of the sentencing practice in Title 18, that inclusion of the term of supervised release is to be included as part of the term of imprisonment. This conclusion is based on numerous foundations, one of which is that statues must work in harmony, have no controversy in their application. When the authorizing portion of the sentencing Code, Chapter 227, Section 3551, Title 18 U.S.C. limits the sentencing powers of the court to three types of penalty for offenses described in any Federal Statue, other than an act of Congress applicable exclusively in the District of Columbia or Uniform Code of Military Justice, and supervised release is not mentioned, then supervised release is not an authorized sentence. Section 3583, Title 18, for inclusion of term of supervised release after imprisonment works in harmony with the authorized charged conduct penalties and sentencing provisions only if it is applied during the term of punishment set by the sentence authorized by statute.

24

It is clear that supervised release is intended to be executed as part of the sentence. Reference to the order in a Criminal Case settles the matter conclusively. Supervised release is mentioned under and after term of punishment with no qualifier that it is additional to the punishment authorized on the charged conduct and authorized sentence according to law. No Double

Jeopardy is invoked when the sentence under the statute is executed as intended and stated by Congress.

Example:

1) Sentence of Ten Years. One Hundred twenty month imprisonment authorized by law and issued by the Judicial Officer exclusively;

2) The sentence may be executed only by the Executed Branch;

3) The Executive Branch executes the sentence according to law;

4) The Execution may take any form, e.g. imprisonment and supervised release within the Ten Years.

5) Supervised release is set as part of the order at Five Years, Sixty Months,

6) The supervised release term is to be subtracted from the overall sentence, leaving Five Years, Sixty Months imprisonment;

7) Statutory Good Time, 18 U.S.C. 3624, mandates Fifty Four Days a Year deduction from the term of imprisonment, now deleted

8) Five Years at Fifty Four Days is Two Hundred Seventy Days which is deducted from the overall term of punishment, leaving Four Years Three Months imprisonment, Fifty One Months.

9) The last Six Months imprisonment or Ten Percent of the sentence aggregated is to be served under conditions that will afford the prisoner reasonable opportunity to adjust to and prepare for prisoner's re-entry into the community. This community corrections center time is deducted from imprisonment as well, leaving Three Years, Nine Months imprisonment.

10) The Executive Branch holds sole exclusive power to apply all of the above, being subject to Judicial Review, only in the event administrative duties trespass on prisoner's due process rights.

Given that the above is only valid on a lawful sentence, one obtained under full compliance with constitutional delimitations, the specter of double jeopardy comes into play as material, relevant, legal issue concerning current application of supervised release after full term of imprisonment is served.

25

Careful reading of section 3583, at c) discloses previsions... if the term of supervised release is to be included... factor set forth is section 3553 (a)(1), (a)(2)(B), (a)(2)(D), (a)(4), (a)(5), and (a)6). "If" and "include" reference a sentence under the charging statute, which limits the sentence to fine, or imprisonment when the sentences codes are applied in harmony, probation, fine, or imprisonment as authorized sentence on offence conduct, now becomes clear in application, and execution.

26

The controlling factor clarifying the above is that charge offense does not reference, e.g., give adequate notice and opportunity to respond, to supervised release. Supervised release only appears during the minimal trial of sentencing. in which the court through its agent, the United States Probation Office, adds supervised release, a separate form of restraint of liberty, to the terms of the charged by the offense penalty under the statute, and authorized by sentencing statute.

27

In order for the court to maintain jurisdiction. both subject matter and person, it must have a valid statute under which to act. Jurisdictional claims may not be defaulted, defendant need not

to show "cause" to justify his failure to reach such claims. The government must give notice of enhancement prior to taking such action, enhancement being supervised release. Noticed by the Judicial Branch Pre-Sentencing Report, as prepared by the court office, U.S. probation, is not proper notice. The United States Attorney is sole authorized representative for the United States. Notice via P.S.R. places the court in the executive function of prosecution, bringing the claim, of violation of separation of powers and Bill of Attainer Clause of the Constitution. A second punishment, a different type, a different statute than charged, administered under the United States Probation Officer, a court agent, is illegal in the extreme. Two punishments are barred by Double Jeopardy. New claims for a defendant to defend against under a separate statute violated Due Process is Double Jeopardy. Execution of the supervised release as administered by the Courts of the United States, isa violation of the separation of powers. Supervised Release as an additional punishment after prison is illegal in the extreme.

28

Double Jeopardy is define as second punishment as a second trial for the same offence, same transaction. Jeopardy as established by charge conduct statue and sentencing authorizing statute which are limited as stated above. Given that the above is taken from statement authorizing and controlling sentences and sentences issued by the United States, and that all acts by the United States are authorized or limited by its Constitution, Double Jeopardy controls as a matter of fundamental powers, e.g., the law, under due process, delimitation as guaranteed by Fifth Amendment.

29

Jeopardy is punishment as issued by the Judicial Branch, limited by statute. A second type of punishment brought under a separate statute is a double punishment inter alia a new set of charges brought by the Judicial Branch in its Congressionally ordered Pre-Sentencing Report. Mallers of sentencing under Constitution may not be waved as no third party, e.g., defendant, may relieve a public official of sworn duties. Constitutional delimitations is a jurisdictional issue, in relation to supervised release, or sentence enhancements, under U.S.S.G., brought after the fact of original charges, being adjudicated. Both are Fifth and Sixth Amendment violations, in conflict with <u>Booker Apendi Jones</u> and others.

30

Authority to assign a double punishment on same transaction, same set by fundamental law, same law, to authorizes court to act, is barred, which means jurisdiction to issue a double punishment is void, not merely voidable. Proof of these points is of record in every criminal action. The indictment set, absolutely, the punishment available. Any act taken by the court outside the indictment lacks subject matter jurisdiction in the sentencing context, meaning the courts action, and multiple acts under the same indictment as a whole is a single prosecution transaction. Authority for the single transaction, a criminal prosecution, valid or not, is predicted by the indictment, which states all subjects to be applied against the defendant. Addition subject matter, e.g., supervised released or sentencing enhancements, under a new statute, is a separate proceeding. Since January 12, 2005 the sentencing mini trial must comply with the Fifth and Sixth Amendment protections. Prior sentence to supervised release, and in many cases enhancements found by Judicial Officer on judicial claims do not meet Fifth and Sixth Amendments compliance tests under <u>Booker Appendi, Jones</u> and other Superior Court Statements.

31

Usual is defined as not ordinary, unorthodox, distinctive, notable. In context of the Constitution of the United States at Amendment Eight, unusual is behavior related to punishment that shocks the moral sense of the community, some degrading punishment not known at the at the Common law. Two sentences of different types under different statutes, brought to a defendant for answer, by different parties, e.g., branches of government as administered by these of highest knowledge of the law is unusual to say the least. Unconstitutional application of the United States powers is oppressive in the extreme, and no one is bound to act outside designated and delimited authority, nor should they be subject to such.

32

This issue of execution of sentence continuing a provision of supervised release is not a Judicial issue. The Executive forum holds power to adjudicate the matter under its administration of justice mandate. Issue presented is that current jurisdiction for the sentence execution is limited to statute in force and effect. Subject matter jurisdiction for the sentence as issued is clearly limited by the record construed by the courts of the United States. Supervised Release must be calculated as part of the sentence, as stated above at paragraph 20.

33

All of the above is predicated on the lawful order for imprisonment being obtained pursuant to full Constitutional delimitations. The fact that the Supreme Court of the United States nullified the foundational law PL 98-473, Oct 12, 1984, 1984. 98 S tat 1987 et.seq., as amended for noncompliance with Constitutional provisions which verify that sentences obtained under such void law are a legal non entity, enforceable, invalid, vacated. Constitutional construction does not allow a void, an empty hole with no law in effect. The prior law replaces by a nullified law is in effect at that precise instant, controlling all acts taken under the invalid law, as cited by American Jurisprudence Second at 203 Volume 16A. The courts are not bound to enforce void as initio acts, Painter v. Shalala 97 F3d 1351, Bartlet v. Bowen 886 F2d 695. The courts thereafter have no jurisdiction over the object mater, US v. Baucum 80 F3d 539. Invalidity must be made to appear clearly or plainly, undoubtedly, palpably, convincingly, unmistaken, inescapably on highly persuasive, clear and convincing, irrefragable evidence, American Jurisprudence Second, Volume 16A, section 200 and Supreme Court findings on facts, conclusion of law decision issued January 12, 2005 Nos; 04-104, 04-105.16A American Jurisprudence, Section 199, cites over fifty reports supporting these statements. Section 199 also states a clear usurpation by the legislature of a prohibited power is manifest before a statute can be pronounced unconstitutional and void. Therefore, it is not on mere slightest implication or vague conjecture that the legislature can be said to have transcended its powers and passed legislation that must be considered void as stated in Fleming v Nestor 363 US 603. Volume 16 A at Section 203 states "since unconstitutionality dates from, the time of its enactment... in legal contemplation, is as inoperative as if it had never been passed and never existed, that is, void ab initio. Such statute leaves the question that it purports to settle just as it, would be had the statute not been enacted." Section 204 Volume 16A states; "But rights acquired under a, statute that is adjudged invalid, even though the statute was considered valid by eminent attorneys; public officers and others, (emphasis added) and reliance on a statute which is subsequently declared unconstitutional does not protect one from civil responsibility for an act in reliance there on which would otherwise subject him or her to liability in absence of such statute." And further, Section 207, Volume 16A states "There are no degrees of constitutionality, so that an act is either constitutional or unconstitutional."

34

As the sentence issued by a courts in their execution are solely the responsibility of the executive Branch, and each official is bound to known the law, ignorance being no excuse, it is axiomatic that prison officials knew on January 12, 2005. Supreme Court notice, they were and are required to take corrective measure, they have failed to act.

35

The law prior to 98-473, U.S.S.G., being in effect January 11, 2005, pursuant to Supreme Court notice, means sentence calculations falls under prior law. Title 18 U.S.C. Chapter 227 1987 edition, Chapter 311 and others returned to effective application a controlling law governing sentences.

NOTE: This document is argued only due to the fact that an illegally obtained sentence to imprisonment is void ab initio and cannot be executed by any officer of the United States. All rights to litigation, a right to protect oneself., property, liberty are reserved under First Amendment Redress of Grievance against the Government, and the Ninth Amendment Reservation to hold all public officials to the higher standards and knowledge of the law, undelegated rights and privileges guaranteed by the Constitution of the United States. No government branch can authorize an unconstitutional act.

36

Prior law controlling at time of sentence, any time between November 1, 1987 and January 12, 2005, means Bureau of Prisons/Federal Bureau of Prisons is required to correct all the sentences it has executed previously, which they failed to do for over nine months.

Example:

A)      Ten year sentence accumulates ten days each month of imprisonment, 18 U.S.C 4161.

B)      Certificates of Discharge issued upon release is good time deductions, with parole under contract to expiration of sentence less one hundred eighty days, 18 U.S.C. 4163, 4164.

C)      Parole eligibility set at one third sentence or ten years on life sentence or sentence over thirty years, 18 U.S.C 4205.

D)      Section 4205 authorizes sentencing judge to set minimum term of imprisonment, which may be less than. but not more than one third maximum sentence imposed by the court, and at (2) may set maximum sentence or may specify parole commission determination for parole.

E)      Since no provision relating to parole or one third, time are contained in the order to imprisonment are evident, a current prisoner, by operation of law, receives full benefit of parole and one third, time release.

F)      Section 4206 (d) mandates any prisoner serving a sentence of five years or longer, who is not released under this action... shall be released on parole after serving two third of term, provided no serious violation of rules has occurred, or that there is a proven probability he will commit an federal, state or local crime.

G)      Sections 4207, 4208 set due process for parole occurring with section 4209, being parole conditions.

As is shown, effect of presently controlling law. parole is to be executed by prison officials at the appropriate time. e.g. immediately, since PL 98-923 as amended is voided as to mandatory notice of act, U.S.S.G.

37

Parole is executed under authority of the Attorney General, and properly so. The Executive Branch is the sole holder of power to execute the law, as is exposed in 18 U.S.C 4210. Differences between parole as executed by the Attorney General and Supervised Release as executed by U.S. District Court powers confirms Supervised Release is not legally enforceable.

38

The Code sections as based on statute are clear.

Example:

A) Sentence of (120) one hundred twenty months accrues (1200) twelve hundred days, 18 U.S.C. 4161;

B) Section 4161 states "Shall be entitled to deduction from the term of his sentence beginning with the day on which the sentence commences to run"

C) Sentence as shown above is 120 months, inclusive of supervised release, parole, or other execution on sentence, 18 U.S.C. 3583.

D) Open to conjecture is the question of calculation of sentence as to total sentence or time served, less deductions are commencement of sentence;

E) Good faith and common construction of the English language requires the deduction to be taken from the total sentence, in other words, off the top, 120 months, a stated clearly in section 4161 and 3583;

F) Sentence of 120 months thus accrue 1200 days, leaving seventy four months restraint of liberty at a penal institution as maximum term of imprisonment.

G) Section 4164 places a prisoner on parole until expiration of the maximum term or terms for which he was sentenced, less one hundred eighty days;

H) One hundred eighty days being six months, leaves a sentence to imprisonment of sixty eight months (68), less good time credited, 18 U.S.C. 4161, under maximum 2/3 time imprisoned.

NOTE: The case reports of adjudications under the now defunct statute, U.S.S.G., PL 98-473 98 Stat. 2027, October 12, 1984, as amended, are now invalid as unconstitutional, or at the very least suspect in their application to currant imprisonment executions due to changes ordered by the Supreme Court.

38

Above shows in clear, irrefragable, term, statements issued for execution by the United States in all branches, that for correction of plain error in both judicial and executive functions is absolutely required.

39

Being that a sentence in a criminal conviction is an action in rem, Section 9 of Judiciary Act 1789, 1 Stat 72, The Moses Taylor, 4W 611 (US) 411, the contract terms cited in the case controlled its execution. "If the purpose of the contract law (e.g. plaintiff and defendant and court with its officers) induced by promises, (the oath and bond of executing office in their ministerial functions) then at some point, it becomes necessary for the courts to look at the substance (e.g. Constitution controlling application in a criminal prosecution") rather then to form (e.g. procedural applications, particularly as applied to bar a defendant from receiving full benefit of legal protections guaranteed to be provided by a government official) of the agreement, and to hold that substance controls over form. "Than the parties occasionally have, under standings and expectations that were so fundamental than they did not need to negotiate (raise the issues at

trial) about there expectation." "<u>Good faith requires a party not to violate those expectations.</u>" <u>A. Corbin Corbin Contracts, 570.</u> (Emphasis added)

40

It is axiomatic that any common person expects compliance with the stated law by pubic officials who have sworn to uphold same, get paid to do so, receive training in application of duties, are supervised on their acts. In <u>Alonzo Bailey v. State of Alabama</u>, 219 S, Ct., Rept's Ed. 250, it was held that "Fraud violates even the most solemn 'contracts' (e.g. a defendants subject status to criminal prosecution, and conversely, the officials duty to operate under the same law all the time). It was also held that, "<u>fraudulent concealment</u>". (1) there must be a misrepresentation of fact; (2) the party relying on the misrepresentation; (e.g. when lawyers and unparticular judges expound upon law it is assumed they are knowledgeable and state it correctly); (3) That than facts were or are false (e.g. execution of sentence as currently is administered is outside the scope of powers "authorized by law"); (4) the person misrepresenting the facts intended to deceive the innocent party (e.g. ignorance of the law is no excuse, particularly. claimed ignorance by public trust officials); (5) the innocent party justifiably relied upon the misrepresentation (e.g. a prisoner has no choice in being held when both the judicial and executive branches refuse to provide benefit and federal statues); (6) that the innocent party must be enjoined from exercising some right, benefit or privilege resulting from the misrepresentation (e.g. right to be imprisoned under valid verifiably so, law, same executed according to the statute) regulated by statute and or code); (7) that the misrepresentation shade the conscience (e.g. who would expect to believe federal officials would make such a basic mistake, for so long, and upon notice of same fail to correct the error); (8) that the misrepresentation diminishes public confidence in the system, it is designed to administer (e.g. what confidence could be held if the basic foundational law is not compiled with, then we have government by men and not law); (9) that the representation taken was or is unreasonable (e.g. it is clear in the statute and code books as cited above, it is very clear the sentence to imprisonment has been and is erroneously executed).

41

As authority, Mr. Black, on Recession and Cancellation. 2 Ed 1, Vol. 1, pp 188, 189, Section 71, "relief may be granted on account of misrepresentation of law or legal rights when there is relation of trust or confidence between parties." And 15 Texas Law Review, pp 133, 134, "But where one party, who possesses superior knowledge as to law, takes advantage of the other party's ignorance is that respect, and intentionally makes misrepresentation concerning the law for purposes of deceiving the other party, and actually succeeds in that respect, he may be held responsible for his conduct," note 2001. Being that fraud is usually described as an intentional perversion of truth for inducing another in relevance upon it to part with some valuable thing belonging to him or surrender a legal right, it is clear from the foregoing pages that:

 A) The sentence of imprisonment was obtained by an unconstitutional act, on authority of the Supreme Court of the United States; Booker enhancements

 B) The sentence, as issued, contains supervised release provision as part of the term to sentence on authority of the United States Code, same Code used to found the Claim;

 C) The sentence to imprisonment is to be administered, executed within the laws of the United Sates, e.g. United States Code, as representation of same, by the Executive Branch, a an exclusive power, on the authority of the United States Constitution and so many case reports, it's not possible to list them all.

D)    Imprisonment obtained and continued on non-disclosure of known, relevant material facts, and law, has denied prisoners benefit, privileges and rights guaranteed by law, on authorities, as cited above.

42

All officials in receipt of this instrument hold a positive self-executing duty to act on known abuse of the Constitution, statutes and statements in the United States Code. Being that this instrument presents a complaint in the form of a memorandum of facts and law, expeditious reporting to the level of government required to facilitate corrective action is mandatory as an operation of law. Harm and injury, as defined as 18 U.S.C. 1515, and bodily injury, as defined at 18 U.S.C 1515, in particular, (3), (l), (E) result from the act of non-disclosure.

● ● ●

CIVIL COVER SHEET

JS-44
Rev. 2/01 DC)

**I (a) PLAINTIFFS** *CREVANTE'D THOMPSON*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *88888*
(EXCEPT IN U.S. PLAINTIFF CASES)

*#2664016    PRO SE (PA)*

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*Pro Se FCI Cumberland P/O Box 1000 Cumberland Maryland (21501)*

**DEFENDANTS** *UNITED STATES*
*Lisa J.W. Hollingsworth, ET AL*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00157
Assigned To : Leon, Richard J.
Assign. Date : 1/25/2008
Description: Habeas Corpus-2255

**II BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP** FOR PLAINTIFF AND

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR  ☒ F. Pro Se General Civil** *2241*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

No Summons Issued

| ⦿ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| ⊠ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241 - HABEAS CORPUS

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint   **JURY DEMAND:** □ YES ⦿ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction) F.    □ YES ⊠ NO   If yes, please complete related case form.

DATE 1/25/08    SIGNATURE OF ATTORNEY OF RECORD   NCP

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd