UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CREVANTE D. THOMPSON,**       )
                                )
    Petitioner,            )
                                )
v.                              ) Civil Action No. 08-0157 (RJL)
                                )
**LISA J.W. HOLLINGSWORTH,**    )
                                )
    Respondent.            )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 5th day of March 2008,

**ORDERED** that this case is **DISMISSED** without prejudice for want of jurisdiction.

This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge

